IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN STEIN, individually and on behalf of a class,<br><br>        Plaintiff,<br><br>v.<br><br>TITLEMAX OF GEORGIA, INC.,<br><br>        Defendant. | Civil Action No:<br>1:19-cv-00669-WMR-WEJ |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant TitleMax of Georgia, Inc. ("Defendant"), under Federal Rule of Civil Procedure 7.1 and Local Rule of the Northern District of Georgia 3.3, hereby discloses as follows:

1.  The undersigned counsel of record for Defendant in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.  Defendant TitleMax of Georgia, Inc. There is no parent corporation or any publicly held corporation that owns 10% or more of Defendant.

b. Plaintiff Brian Stein

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None as pertaining to Defendant.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. Counsel for Defendant are S. Derek Bauer, Christopher A. Wiech, Alixandria L. Davis, Ryan E. Harbin of the law firm Baker & Hostetler LLP.

b. Counsel for Plaintiff Brian Stein is Shimshon Wexler.

Dated:  April 30, 2019.

**BAKER & HOSTETLER LLP**
*Counsel for TitleMax of Georgia, Inc.*

 */s/ Christopher A. Wiech*
**S. Derek Bauer**
Georgia Bar No. 042537
dbauer@bakerlaw.com
**Christopher A. Wiech**
Georgia Bar No. 757333
cwiech@bakerlaw.com
**Alixandria L. Davis**
Georgia Bar No. 695370
adavis@bakerlaw.com

**Ryan E. Harbin**
Georgia Bar No. 370658
rharbin@bakerlaw.com
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system which will send email notification to the following counsel of record:

> Shimshon Wexler
> The Law Offices of Shimshon Wexler, PC
> 2244 Henderson Mill Rd, Suite 108
> Atlanta, Georgia 30345
> swexleresq@gmail.com

Dated:  April 30, 2019.

> */s/  Christopher A. Wiech*
> **Christopher A. Wiech**
> Georgia Bar No. 757333
> cwiech@bakerlaw.com